FILED
JAMES J. VILT, JR. - CLERK
JAN 30 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# IN THE UNITED STATES DISTRICT COURT FOR THE

## Western DISTRICT OF Kentucky

DEFENDANT

CASE NO.: 3:24-CR-38-1-RGJ

Deajaierhodes

VS.

UNITED STATES OF AMERICA

## REQUEST FOR ALL LEGAL DOCUMENTS

Please find this Legal Letter as a request to have Your Office send to me the following Legal Document's:

- Docketing Statement
- Pleas agreement
- Judgement in Criminal Case i.e. Judgement and Commitment Sheet
- Courtroom Minute Sheet
- Sentencing Transcript Proceedings Attached

Respectfully Submitted,

Deajaie Rhodes

Dated: 12-14-24

DeaSae Rhodes
P.O. Box 33
FCI Terre Haute IN
47808



INDIANAPOLIS IN 460
24 JAN 2025 PM 2 L

FILED
JAMES J. VILT, JR. - CLERK
JAN 30 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Federal Courthouse
601 West Broadway
Room 106
Louisville KY 40202

40202—24555